174 P.3d 366

# SUPREME COURT OF HAWAI'I

**November 30, 2007**

| | | |
|---|---|---|
| 26496 | Chay v. State, Dept. of Educ. | Affirmed |

**December 13, 2007**

| | | |
|---|---|---|
| 26666 | Ka Waihona O Ka Na'Auao v. State, Bd. of Educ. ex rel. Watanabe | Affirmed |

**December 21, 2007**

| | | |
|---|---|---|
| 26527 | Loman v. Gerber | Vacated and Remanded |
| 26947 | Norwest Bank Minnesota v. Failauga | Affirmed |